
LEWIS BRISBOIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

Berj K. Parseghian
77 Water Street, Suite 2100
New York, New York 10005
Berj.Parseghian@lewisbrisbois.com
Direct: 212.232.1354

January 3, 2020

MEMO ENDORSED

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/20

Re: Request to Adjourn Oral Argument
Nocelli v. Kaiser Gypsum Company, Inc. et al., Case No. 19-cv-01980-RA

Dear Judge Abrams:

We represent defendant Kaiser Gypsum Company, Inc. in the above-referenced action. Pursuant to the Court's January 2, 2020 order, ECF No. 20, oral argument of Plaintiffs' Motion to Remand is set for January 9, 2020.

I have a deposition in Minneapolis on January 9-10, which requires me to travel to Minneapolis on January 8. I respectfully request that the Court adjourn the oral argument to January 14th or 15th, preferably in the afternoon. I have conferred with counsel for Plaintiffs, Seth Dymond, who consents to this adjournment and has confirmed his availability on the requested dates. No previous requests to adjourn the oral argument have been made.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Berj K. Parseghian

Berj K. Parseghian of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorneys for Defendant
Kaiser Gypsum Company, Inc.

Application granted. Oral argument is adjourned to January 14, 2020 at 11 A.M.

SO ORDERED.

Hon. Ronnie Abrams
1/3/2020

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4844-6351-0704.1